Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shannon Chia;<br><br>　　　Plaintiff,<br><br>v.<br><br>Autovest, LLC; and Fulton, Friedman & Gullace, LLP;<br><br>　　　Defendants. | No. CV15-1673-PHX-JAT<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED: <u>October 12, 2015</u> .

<u>s/ Floyd W. Bybee</u>
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on <u>October 12, 2015</u>, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cynthia Fulton
FULTON FRIEDMAN & GULLACE
3150 N. 24th St Ste B-200
Phoenix, Arizona 85016-7344
Attorney for Defendants

by <u>s/ Floyd W. Bybee</u>